Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:18-cv-01898-VKD |
| Plaintiff, | |
| vs. | **NOTICE OF DEFENDANT'S CONTINUED DELAY** |
| RLJ HYH SAN JOSE, | |
| Defendant. | |

    Please take notice that Defendant continues to delay the finalization of the settlement reached in this case. Plaintiff wanted to provide this Notice to the Court in the event that the case is automatically generated for dismissal with prejudice before Plaintiff can get a full Notice of the events filed. Currently, Plaintiff has signed the agreement drafted by Defendant, but Defendant is delaying further by changing the terms after Plaintiff's execution of the agreement *Defendant* drafted and approved. Plaintiff has provided Defendant until tomorrow (Wednesday) close of business to produce its signature on the agreement that it's counsel drafted. If no signatures are forthcoming, Plaintiff will file a more detailed Notice.

RESPECTFULLY SUBMITTED this 2d day of October, 2018.

**THE STROJNIK FIRM L.L.C.**

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorneys for Plaintiff