1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# NORTHERN DISTRICT OF CALIFORNIA

10

11 | THERESA BROOKE, a married woman
dealing with her sole and separate claim,

Case No. 5:18-CV-01898-VKD

12 | Plaintiff,

**JOINT STIPULATION TO DISMISS
CASE AFTER SETTLEMENT**

13

14 | vs.

15 | RLJ HYH SAN JOSE, LP, a Delaware
limited partnership dba Hyatt House,

16 | Defendant.

17

18     The parties to the above-entitled action jointly submit this JOINT

19 STIPULATION TO DISMISS CASE AFTER SETTLEMENT pursuant to the

20 Court's Order to Show Cause re Settlement.

21     WHEREAS, Plaintiff Theresa Brooke ("Plaintiff") filed the above-captioned

22 lawsuit on March 28, 2018 alleging claims of: (1) violation of Title II of the

23 Americans with Disabilities Act, (2) violation of the Unruh Civil Rights Act, and

24 (3) violation of the California Disabled Persons Act; and

25     WHEREAS, Defendant RLJ HYH San Jose, LP ("Defendant") denies all

26 liability; and

27     WHEREAS, to avoid the time, expense and uncertainty of litigation, the

28

1    parties agreed to settle, compromise and fully resolve all litigation between them;
2    and

3        WHEREAS, Plaintiff and Defendant have entered into a fully executed
4    settlement agreement disposing of, among other things, all claims alleged in the
5    above-captioned litigation; and

6        NOW THEREFORE, Plaintiff and Defendant stipulate and agree that the
7    above-captioned litigation should be dismissed and hereby jointly request that the
8    Court enter an order dismissing the matter with prejudice.

9    DATED:  October 29, 2018          BUCHALTER, A Professional Corporation

10

11                                    By: */s/ J. Patrick Allen*
12                                         TRACY A. WARREN
                                          J. PATRICK ALLEN
13                                        Attorneys for Defendant,
                                          RLJ HYH SAN JOSE, LP

14   DATED:  October 29, 2018          THE STROJNIK FIRM LLC

15

16                                    By:    */s/ Peter K. Strojnik*
                                          PETER KRISTOFER STROJNIK
17                                        Attorney for Plaintiff
                                          THERESA BROOKE

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The above JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT AND [PROPOSED] ORDER is approved.   The above-captioned litigation is dismissed with prejudice.

**IT IS SO ORDERED.**


Dated: _____

HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE