# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RLJ HYH SAN JOSE, LP, a Delaware limited partnership dba Hyatt House,<br><br>Defendant. | Case No. 5:18-CV-01898-VKD<br><br>**JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT**<br>AND ORDER THEREON<br><br>Re: Dkt. No. 20 |

The parties to the above-entitled action jointly submit this JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT pursuant to the Court's Order to Show Cause re Settlement.

WHEREAS, Plaintiff Theresa Brooke ("Plaintiff") filed the above-captioned lawsuit on March 28, 2018 alleging claims of: (1) violation of Title II of the Americans with Disabilities Act, (2) violation of the Unruh Civil Rights Act, and (3) violation of the California Disabled Persons Act; and

WHEREAS, Defendant RLJ HYH San Jose, LP ("Defendant") denies all liability; and

WHEREAS, to avoid the time, expense and uncertainty of litigation, the

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

BN 33782926v1                         1

**JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT**   Case No. 3:18-CV-00091-JCS
5:18-cv-01898-VKD

parties agreed to settle, compromise and fully resolve all litigation between them; and

WHEREAS, Plaintiff and Defendant have entered into a fully executed settlement agreement disposing of, among other things, all claims alleged in the above-captioned litigation; and

NOW THEREFORE, Plaintiff and Defendant stipulate and agree that the above-captioned litigation should be dismissed and hereby jointly request that the Court enter an order dismissing the matter with prejudice.

DATED: October 29, 2018     BUCHALTER, A Professional Corporation

By: */s/ J. Patrick Allen*
TRACY A. WARREN
J. PATRICK ALLEN
Attorneys for Defendant,
RLJ HYH SAN JOSE, LP

DATED: October 29, 2018     THE STROJNIK FIRM LLC

By: */s/ Peter K. Strojnik*
PETER KRISTOFER STROJNIK
Attorney for Plaintiff
THERESA BROOKE

# ORDER

The above JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT AND [PROPOSED] ORDER is approved. The above-captioned litigation is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2018

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

BN 33782926v1         3

**JOINT STIPULATION TO DISMISS CASE AFTER SETTLEMENT**   Case No. 3:18-CV-00091-JCS
5:18-cv-01898-VKD